Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0748

Bruce Anthony Mitchell v. State Farm Mutual Automobile Insurance Company (Appeal from Mobile Circuit Court: CV-20-901832).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Sellers, and McCool, JJ., concur.